**ORIGINAL**

**RECEIVED**
**JAN 5 - 2016**
**PRO SE OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Roy White

_____
NAME OF PLAINTIFF(S)

**CV 16       0071**

v.

Visual Millwork + Fixture MFG., Inc

TRIAL BY JURY DEMANDED

GLEESON, J.

_____
NAME OF DEFENDANT(S)

BLOOM, M.J.

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

✓  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

__164 Garden Place__, __West Hempstead__
Street Address

__Nassau__, __NY__, __11552__, __516-489-5911__
County    State    Zip Code    Telephone Number

2. Defendant(s) resides at, or its business is located at:

__25-15 50th Street__
Street Address

__Queens__, __Woodside__, __NY__, __11377__
County    City    State    Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

__25-15 50th Street__
Street Address

__Queens__, __Woodside__, __NY__, __11377__
County    City    State    Zip Code

4. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*.

____ Failure to hire.

✓ Termination of my employment.

____ Failure to promote.

✓ Failure to accommodate my disability.

✓ Unequal terms and conditions of my employment.

✓ Retaliation

____ Other acts *(specify)*: _____.

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on: Between 1995 and 10/24/14
Date(s)

6. I believe that the defendant(s) *(check one)*

____ is still committing these acts against me.

✓ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

[✓] race AFRICAN AMERICAN   color BLACK

[ ] gender/sex _____   [ ] religion _____

[ ] national origin _____

[✓] disability SHORT PERIOD OF HOSPITALIZATION

[✓] age. If age is checked, answer the following:

I was born in 1932. At the time(s) defendant(s) discriminated against me,
Year
I was [✓] more [ ] less than 40 years old. *(check one)*.

-3-

**NOTE:**   *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8.   The facts of my case are as follows:

I was denied medical benefits, vacation time, bonuses. Other non black employee were given these benefits. I was terminated because I was hospitalized and defendant was forced to pay me sick time because NYC law required it. I was also asked to file a false sales tax return and I refused. This was also a part of the reason I was terminated. I was the only employee asked to work less than a full week, even though my duties and responsibility required more than a full week. (SEE ATTACHMENT)

*(Attach additional sheets as necessary)*

**NOTE:**   *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.   It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: __4/2/15__ .
                                                                                                    Date

10.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: __4/2/15__ .
                                                                                                              Date

I was unfairly terminated. I am not looking for my job back but I am seeking monetary damages. I am seeking one year's salary ($57,000) plus $5,000 - legal fees

Also seeking $100,000 - in punitive damages.

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    ☑ 60 days or more have elapsed.

    ☐ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:

    ☐ has not issued a Right to Sue letter.

    ☑ has issued a Right to Sue letter, which I received on 11/2/15.

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

_____
PLAINTIFF'S SIGNATURE

Dated: 1/5/16

164 Garden Place
Address
W. Hempstead, NY 11552

516-489-5911
Phone Number

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Roy White
164 Garden Place
West Hempstead, NY 11552

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2015-02183 | Holly M. Woodyard, State & Local Program Manager | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*(signed)* Kevin J. Berry, District Director

October 29, 2015 *(Date Mailed)*

Enclosures(s)

cc:
VISUAL MILLWORK & FIXTURE MFG., INC.
Attn: Director of Human Resources
25-15 50th Street
Woodside, NY 11377