# CRISCIONE RAVALA, LLP

**MAILING ADDRESS:** 90 PARK AVENUE | SUITE 1700 | NEW YORK, NEW YORK 10016
2001 ROUTE 46 | SUITE 310 | PARSIPPANY, NEW JERSEY 07054 ("BY APPOINTMENT ONLY")
110 EAST BROWARD BOULEVARD | SUITE 1700 | FT. LAUDERDALE, FLORIDA 33301 ("BY APPOINTMENT ONLY")

TELEPHONE (800) 583-1780 | FACSIMILE (800) 583-1787

**M. SALMAN RAVALA, ESQ. \***
SRAVALA@LAWCRT.COM

\* ADMITTED IN NY

January 03, 2016

<u>Via Electronic Case Filing</u>
Hon. Judge Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   **Re:** *Roy White v. Visual Millwork & Fixture Mfg., Inc.*
     *Case No. 1:16-cv-00071-ENV-ST*

Dear Judge Tiscione:

 I am *Pro Bono* Mediation Counsel to Plaintiff, Mr. Roy White in the above-referenced case.

 Previously, the court scheduled a hearing on a pending Motion [ECF Docket No. 27] for January 10, 2017 at 4:00 PM.  Defendant's counsel had a conflict therefore both parties jointly submitted a letter requesting an adjournment, proposing two alternate dates and times: January 9th (<u>morning only</u>, as Plaintiff's counsel had a conflict in the afternoon) and January 17th at any time of the Court's choosing [ECF Docket No. 29].  The Court graciously adjourned the originally scheduled hearing of January 10, 2017 at 4:00 PM to January 09, 2017 at 2:00 PM.  Unfortunately, I am unavailable at that time, as was stated in the letter, due to an existing mediation scheduled at 2:00 PM in downtown Manhattan.  Therefore, I request the hearing once again be adjourned to either the morning of January 09, 2017, or at any time on January 17, 2017 as the parties had originally requested.  I have Defendant's consent for my first request of this adjournment.

 I am available to answer any questions or call chambers to finalize the date and appreciate your courtesies in this matter.  Thank you.

          Respectfully,

          */s/ M. Salman Ravala*
          M. Salman Ravala, Esq.