**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 17, 2017 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-16-71 (ENV) |
| **CASE NAME(S)** | White -v- Visual Millwork & Fixture Mfg., Inc. |
| **FOR PLAINTIFF(S):** | Ravala (with White) |
| **FOR DEFENDANT(S):** | Burke |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:35 - 10:51 |

## RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Defendant's Motion for Discovery [27] is DENIED. The deadline for completion of mediation is extended to May 5, 2017. All remaining discovery, including depositions, is to be completed by April 21, 2017. Defendant's request for costs and sanctions is DENIED.